**Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-20-00104-CV

———————

## JOE Y. ROGERS, III, Appellant

## V.

## SANDRA ROGERS MILLER, AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOE Y. ROGERS, JR., Appellee

On Appeal from County Court at Law No. 4
Williamson County, Texas
Trial Court Cause No. 17-0461-CP4A

# O R D E R

Appellant's brief was due March 19, 2020. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **May 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.